

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2013

No. 04-13-00719-CV

**AMERICAN NATIONAL INSURANCE COMPANY**,
Appellant

v.

**THE CONESTOGA SETTLEMENT TRUST**, The Re Family Trust and Shea Ungar A/K/A
Hershey Ungar Trustee of the Re Family Trust,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17464
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Pursuant to section 51.014(d) of the Texas Civil Practice and Remedies Code and Rule 28.3 of the Texas Rules of Appellate Procedure, American National Insurance Company's petition for permission to appeal from an interlocutory order is **granted**. A notice of appeal is deemed to have been filed on the date of this order and the appeal will proceed as an accelerated appeal. *See* TEX. R. APP. P. 28.3(k).

A reporter's record has been filed. The clerk's record is due **November 11, 2013**.

We further order the clerk of this court to file a copy of this order with the District Clerk of Bexar County, Texas. *See id.*

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2013.

_____
Keith E. Hottle
Clerk of Court